IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| **LONALD LEITZMAN** | § | |
| xxx-xx-4532 | § | CASE NO. 09-60403 |
| **SHARON LEITZMAN** | § | |
| xxx-xx-2709 | § | CHAPTER 7 |
| 138 Oxbow Cove, Holly Lake Ranch, TX 75765 | § | |
| Debtors | § | |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

I, Michael J. McNally, the undersigned Chapter 7 Trustee, certify that:
1. I am the duly qualified and acting Trustee in this case.
2. I have made distributions of the funds in this estate in accordance with the Trustee's Final Report and Proposed Distribution filed herein.
3. All final disbursement checks payable in this case have been cashed except that checks issued to entities in an amount of less than $5.00 have been attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.
4. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| Payee Name | Amount |
|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $3.02 |

Dated: July 14, 2010    By:    /s/ Michael J. McNally
MICHAEL J. MCNALLY, Trustee
PO Box 1080
Tyler, TX 75710-1080
Phone: (903) 597-6301
Fax: (903) 597-6302